1  Name: Edward L Ryan
2  Address: Streets of City of Los Angeles, CA
3  Recive Mail, Los Feliz Post office Gen. Delivery
4  Phone: 413 863 5502
5  Fax: _____
6  In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

OCT - 3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Edward L. Ryan and Residents of Los Angeles City

Plaintiff

v.

University of Southern California,
University of California, Los Angeles
City of Los Angeles,
County of Los Angeles.

Defendant(s).

CASE NUMBER:

2:22-CV-07178-ODW-JC

To be supplied by the Clerk of
The United States District Court

Class Action Complaint
Edward L. Ryan
Residents of City of Los Angeles, CA

CV-126 (09/09)         PLEADING PAGE FOR A COMPLAINT

~~Statement of Case by Plaintiff in Class Action Filed Pro Se~~

From 2014 through the Present Time, Film Schools, Police Security, Sheriff Deputies and other Mentry Associated with named Defendants Acted as an ongoing Criminal Enterprise engaged in The Tracking, The Terrifying, The Filming of and Sales of Images, all without consent, such was done By defendants in vehicles equipped with filming Gear, By defendants on foot and By associates of defendants in The Air either by drone, Plane, satellite or helicopter. To gain or manipulate secret compliance Defendants and Associates often used Threats, Violence, chemicals, poisons and illegal Jailings and Illegal Psychiatric Holds and Hospital Holds. Also used to terrify, manipulate, Film illegally, and edit films and Sales of Films and generation of International customer base were methods and Tools of sophisticated Electronic Communications, Sophisticated Electronic Hacking and The Use of invasive Microwave Electronic Harassment. Also, To upload, Edit, disseminate and to Secrete Illegal uncensented to images There was the use of Specially equipped drones and airplanes including Planes Flown Regularly to Los Angeles area From The U.S. NORAD Base in Colorado, said planes Commanded by pilots + officers Loyal to Gangstalk ideals. Said Loyalties matched loyalties of Some Defendants on The ground in L.A., all which included The ingesting of a chemical substance to enhance abilities to see mind to mind and To Communicate mind to mind and To see through ~~the~~ plaintiff and defendants eyes. Said NORAD Command, often with Executive Level Concurrence used and relocated Top Secret satellite of U.S. government Elements of The FBI, CIA, Navy seals, Homeland Security, Los Angeles police department and Los Angeles Sheriff Dept. Among others were Also involved. Also U.S.A. Executive Level Personnell including Presidents Obama, Trump and Biden ordered Top Secret Classifications, operations and even invasive physical procedure That resulted in permanent Harm to the plaintiff. All the enhance and further This ongoing Criminal enterprise.