JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-07178-ODW (JCx) | Date | November 9, 2022 |
| Title | *Edward Ryan v. University of Southern California et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On October 6, 2022, the Court ordered Plaintiff to supplement his request to proceed *in forma pauperis* with specific additional information or pay the full filing fee, within thirty days. (Order Req. IFP, ECF No. 4.) The Court also ordered Plaintiff to file an Amended Complaint that complies with the Federal Rules of Civil Procedure and the Local Rules of this Court, also within thirty days. (*Id.*) The Court warned Plaintiff that if he "does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice." (*Id.*)

More than thirty days have passed but Plaintiff has not paid the full filing fee or provided the required additional information in support of his request to proceed *in forma pauperis*. Nor has Plaintiff filed a compliant amended complaint. Accordingly, this case is hereby **DISMISSED** without prejudice. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                                                         :    00

Initials of Preparer    SE